UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__ALEXANDRIA__ DIVISION

VSLI TECHNOLOGY LLC

vs.                                  Civil/~~Criminal~~ Action No. 3:24cv213

PATENT QUALITY ASSURANCE, LLC

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for __PATENT QUALITY ASSURANCE, LLC__ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__March 20, 2024__                    _CCR_
Date                                  Signature of Attorney or Litigant
                                      Counsel for __Patent Quality Assurance, LLC__
                                      Craig C. Reilly VSB # 20942
                                      209 Madison Street, Suite 501
                                      Alexandria, VA 22314
                                      T: (703) 549-5354
Rev. 03/12/19                         F: (703) 549-5355
                                      E: craig.reilly@ccreillylaw.com