**REDACTED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ DIVISION

__VLSI TECHNOLOGY LLC__

vs.                                          Civil/Criminal Action No. __3:24-cv-00213__

__PATENT QUALITY ASSURANCE, LLC__

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Patent Quality Assurance, LLC__ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Patent Quality Assurance, LLC is wholly owned by the following natural persons, all U.S. citizens, and no member has an interest of 10% or more:

**REDACTED**

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for __Patent Quality Assurance, LLC__ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__12/16/2024__                                   /s/ Craig C. Reilly
Date                                              Signature of Attorney or Litigant
                                                  Counsel for _____Patent Quality Assurance, LLC__

Craig C. Reilly VSB # 20942
209 Madison Street, Suite 501
Alexandria, VA 22314
T: (703) 549-5354
F: (703) 549-5355
E: craig.reilly@ccreillylaw.com

Rev. 03/12/19